and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: ROBERT J. BLUM, as Trustee in Bankruptcy of AJAX SHOE CO., INC., Judgment Creditor, Appellant, v. LOUIS PLAPINGER, Judgment Debtor, Respondent.— Order unanimously modified by requiring the judgment debtor to pay twenty-five dollars a week, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

NELLIE MARONEY and THOMAS MARONEY, Respondents, v. WILLIAM P. HEALY, Appellant, Impleaded with Others, Defendants.— Order unanimously modified by striking out items 5, 6, 9, 10, 11 and 12 of the notice of examination and as so modified affirmed, with twenty dollars costs and disbursements to the appellant, the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT E. BERGMAN, Guardian of GEORGE ROBERT BUNTING, Infant. GEORGE ROBERT BUNTING, Appellant; DAVID STEIN, Former Special Guardian, EMMA J. BERGMAN, as Administratrix, etc., and MARYLAND CASUALTY COMPANY, Respondents.— Order so far as appealed from unanimously modified by permitting the petitioner to file objections to the account of the guardian as to all items, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ANNA CASTIGLIA and ANTHONY CASTIGLIA, Respondents, v. SILVIC REALTY CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ELIZABETH HAM, Respondent, v. WILLARD E. HAM, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of BEN FORMAN and Thirty Others, Appellants, for an Order against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ALFRED J. CALLAHAN, as Trustee, etc., Appellant, v. IMPERIAL THEATRE CORPORATION and Others, Defendants. HARRY K. KELLER, as Receiver, Respondent.— Order so far as appealed from unanimously modified by reducing the allowance to the receiver to the sum of $600, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.

ALFRED J. CALLAHAN, as Trustee, etc., Respondent, v. IMPERIAL THEATRE CORPORATION and Others, Defendants. HARRY K. KELLER, as Receiver, Appellant.— Order so far as appealed from unanimously reversed, without costs, and the motion to amend nunc pro tunc the order dated April 4, 1935, by striking therefrom the words " the said receiver to serve without compensation," granted. No opinion. Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.